# UNITED STATES DISTRICT COURT

Eastern District of California

**FILED**
May 31, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

PAUL JOSEPH BRYANT, JR.

## COMMITMENT TO ANOTHER DISTRICT

Case No. *2:22-mj-00082-JDP

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:19-cr-02035-LAB | 2:22-mj-00082-JDP | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment    ___ Information    ___ Complaint    _X_ Other (specify)    Supervised Release Petition

**charging a violation of**    18    **U.S.C.**    3606

**DISTRICT OF OFFENSE**    Southern District of California

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

**CURRENT BOND STATUS:**

___ Bail fixed at $_____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest
_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

**Representation**    ___ Retained Own Counsel    _X_ Federal Defender Organization    ___ CJA Attorney    ___ None

**Interpreter Required?**    _X_ No    ___ Yes    Language: _____

**DISTRICT OF**    CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

May 31, 2022
Date

[signature]
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |